IN THE 22ND JUDICIAL CIRCUIT COURT
CITY OF ST. LOUIS, MISSOURI

FILED
MAR - 3 2015
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

PATRICIA J. DYSART, et al.,

    Plaintiffs,

v.

JOHNSON & JOHNSON;
JOHNSON & JOHNSON CONSUMER
COMPANIES, INC.; IMERYS TALC
AMERICA, INC. F/K/A LUZENAC
AMERICA, INC.; and PERSONAL CARE
PRODUCTS COUNCIL F/K/A COSMETIC,
TOILETRY, AND FRAGRANCE
ASSOCIATION (CTFA),

    Defendants.

Case No. 1522-CC00167

Division 1

ENTERED
MAR 0 3 201
CRY

## ORDER

On February 23, 2015, Plaintiffs filed a stipulation of dismissal without prejudice as to Defendant Personal Care Products Council ("PCPC") only. Plaintiffs' stipulation is hereby granted. Defendant PCPC is dismissed without prejudice and the parties will bear their own costs.

    **SO ORDERED** this 3 day of ~~February~~ March, 2015.

    _____
    Judge

cc:    All Counsel of Record